

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00495-CV

**IN THE INTEREST OF A.M.E.** and C.C.E., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00043
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's attorney is GRANTED, and the trial court's order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED October 30, 2013.

Catherine Stone, Chief Justice